UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DARRELL ROOSEVELT GRUBBS JR** | **CIVIL DOCKET NO. 6:23-CV-01092** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHRISTINE WORMUTH** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO DISMISS ("the Motion") filed by defendant Christine Wormuth, in her capacity as Secretary of the Army. [Doc. 13]. The Motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, the instant MOTION TO DISMISS [Doc. 13] is GRANTED and all claims by Plaintiff Darrell Roosevelt Grubbs, Jr. against defendant Christine Wormuth, Secretary of the Army, are DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(1).

THUS, DONE AND SIGNED in Chambers on this 3rd day of June 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE